No. 72–991. MILLER, AKA MULLER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 72–1009. FLOOD ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 72–1015. TRED-AIR OF CALIFORNIA, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 72–1029. DISTRICT 65, DISTRIBUTIVE WORKERS OF AMERICA v. R & M KAUFMANN, A DIVISION OF RUSS TOGS, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 72–1045. BIBLE BAPTIST CHURCH v. IRELAND ET AL. Ct. Civ. App. Tex., 9th Sup. Jud. Dist. Certiorari denied.

No. 72–1060. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 72–1081. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS v. WASHINGTON TERMINAL CO. C. A. D. C. Cir. Certiorari denied.

No. 72–1083. O'BRIEN v. FRANICH ET AL. Ct. App. Wash. Certiorari denied.

No. 72–1089. LONDON v. PATTERSON, VOCATIONAL INSTITUTION SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 72–1122. JACKSONVILLE NEWSPAPER PRINTING PRESSMAN & ASSISTANTS' UNION NO. 57 v. FLORIDA PUBLISHING CO. C. A. 5th Cir. Certiorari denied.